**Jose PEREZ–CARRERA,**
**Plaintiff—Appellant,**

v.

**M. PETTIFORD, Warden of FCI–**
**Bennettsville, Respondent—**
**Appellee.**

**No. 07–7480.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 6, 2008.

Jose Perez–Carrera, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Perez–Carrera, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Perez–Carrera v. Pettiford*, 3:06–cv–02044–TLW, 2007 WL 2428563 (D.S.C. Aug. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*